# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

126759 & (19)(26)(27)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                              SC: 126759
                                              COA: 253774

MITCHELL MAKIDON,
                Defendant-Appellant.
                                              Shiawassee CC: 83-005436-FH

_____/

      On order of the Court, the application for leave to appeal the July 15, 2004 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions to remand for evidentiary hearings, and for appointment of counsel are considered, and they are DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005 _____             _____

p1024                                              Clerk